**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Case No. 03-cv-01841-WYD-PAC**

**BERT EDWARD SANDERS,**

**Plaintiff,**

**v.**

**AURORA (CO) POLICE DEPARTMENT,**
**FORMER CHIEF VERN SAINT VINCENT,**
**PRESENT CHIEF RICKY L. BENNETT,**
**OFFICER CHRISTIAN STACKHOUSE, and**
**OFFICER ERIC STEWART,**

**Defendants.**

_____

**MINUTE ORDER**
_____

Order Entered by Patricia A. Coan, Magistrate Judge
October 12, 2005

      THE MATTER coming before the Court on Defendants **STACKHOUSE** and **STEWART'S** October 7, 2005 Unopposed Motion for Leave of Court to Take Deposition of Marquez Minor, and the Court being fully advised in the premises,

      DOES ORDER that Defendants **STACKHOUSE** and **STEWART'S** Motion is **granted**. Defendants are permitted to take the deposition of Marquez Minor, an incarcerated party, at the Federal Correctional Institution in Sandstone, Minnesota.