IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

        Plaintiff(s),

v.

AURORA (CO) POLICE DEPARTMENT, et al.,

        Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

        IT IS HEREBY **ORDERED** that plaintiff's Letter [filed October 25, 2005; Doc. No. 96] is denied as mooted by the Clarification Relating to Hand-Writing Filing [filed November 23, 2005; Doc. No. 107].

        IT IS **FURTHER ORDERED** that the Clarification Relating to Hand-Writing Filing [filed November 23, 2005; Doc. No. 107] is **GRANTED.**

Dated:  November 30, 2005