IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

    Plaintiff,

v.

AURORA (CO) POLICE DEPARTMENT,
FORMER CHIEF VERN SAINT VINCENT,
PRESENT CHIEF RICKY L. BENNETT,
OFFICER CHRISTIAN STACKHOUSE, and
OFFICER ERIC STEWART,

    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Dismissal without Prejudice of All Claims Against Defendant Vern Saint Vincent and the Motion to Amend Caption (filed December 14, 2005).  The Motion for Dismissal without Prejudice of all Claims against Defendant Vern Saint Vincent is granted, and Defendant Vern Saint Vincent is dismissed without prejudice.  His name will be taken off the caption after entry of this Order.

As to the Motion to Amend Caption, it is granted to the extent it requests the caption be amended to reflect the correct name of the City of Aurora.  The caption will be changed to reflect that name change after entry of this Order.  The Motion to Amend Caption is denied without prejudice to the extent that it requests Defendant Ricky L. Bennett be taken off the caption.  The caption cannot be amended to delete a party

without some form of order of dismissal as to that party.  Thus, if Plaintiff believes the claims against this Defendant are properly construed as claims against the municipality, he must file a motion for dismissal without prejudice of the claims against Mr. Bennett.

In conclusion, it is

ORDERED that Plaintiff's Unopposed Motion for Dismissal without Prejudice of All Claims Against Defendant Vern Saint Vincent is **GRANTED** and Defendant Saint Vincent is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and attorneys' fees.  It is

FURTHER ORDERED that the Motion to Amend Caption is **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE** consistent with this Order.

Dated:  December 16, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge