IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

      Plaintiff,

v.

CITY OF AURORA (CO),
PRESENT CHIEF RICKY L. BENNETT,
OFFICER CHRISTIAN STACKHOUSE, and
OFFICER ERIC STEWART,

      Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for

Dismissal without Prejudice of All Claims Against Defendant Ricky L. Bennett and to

Amend Caption (filed December 29, 2005).  The Court, having reviewed the motion and

being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion for Dismissal without Prejudice of All

Claims Against Defendant Ricky L. Bennett and to Amend Caption is **GRANTED**.  In

accordance therewith, it is

ORDERED that Defendant Ricky L. Bennett is **DISMISSED WITHOUT**

**PREJUDICE**, and the caption will be amended to take his name off after entry of this

Order.

Dated:  January 9, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge