IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

    Plaintiff,

v.

CITY OF AURORA (CO),
OFFICER CHRISTIAN STACKHOUSE, and
OFFICER ERIC STEWART,

    Defendants.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion of L. James Eklund to Withdraw as Counsel for Plaintiff filed April 25, 2006, is **GRANTED**.  Mr. Eklund is permitted to withdraw and the Clerk of Court is directed to remove Mr. Eklund from the service list.  Elizabeth L. Harris of the law firm of Jacobs Chase Frick Kleinkopf & Kelley, LLC has entered her appearance as counsel for Plaintiff pursuant to her Notice of Entry of Appearance filed on April 25, 2006.

    Dated:  April 25, 2006

                                      s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court