IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

    Plaintiff,

v.

CITY OF AURORA (CO),
OFFICER CHRISTIAN STACKHOUSE, and
OFFICER ERIC STEWART,

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion in Limine (filed August 7, 2006) is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  August 8, 2006