IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

    Plaintiff,

v.

CITY OF AURORA (CO),
OFFICER CHRISTIAN STACKHOUSE, and
OFFICER ERIC STEWART,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Claim Against Defendant City of Aurora and Motion to Amend Caption (filed September 25, 2006).  The Court, having reviewed the Motion, the file and being fully advised,

    ORDERS that the Stipulated Motion to Dismiss Claim Against Defendant City of Aurora and Motion to Amend Caption is **GRANTED**.  In accordance therewith, it is

    ORDERED that the claim against Defendant City of Aurora is dismissed, each party to bear its own costs and attorneys' fees, and the City of Aurora is **DISMISSED** as a defendant in this action. The case caption shall hereafter be amended consistent with this Order.

    Dated:  September 26, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge