## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

Courtroom Deputy:   Robert R. Keech          Date:   September 25, 2006
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **03-cv–01841-WYD-PAC**          Counsel:

**BERT SANDERS**,                                   Elizabeth L. Harris
                                                    Kathryn A. Reilly
            Plaintiff,                              L. Reid Neureiter

v.

**AURORA POLICE DEPARTMENT, et al.**,               David J. Bruno
                                                    Julia A. Bannon
            Defendants.

_____

### COURTROOM MINUTES
_____

**FINAL TRIAL PREPARATION CONFERENCE**

**10:47 a.m.**   Court in Session

                APPEARANCES OF COUNSEL.  Plaintiff Bert Sanders appears in custody.

                Court's opening remarks.

                Plaintiff's Motion to Amend Pretrial Order (#169 - 9/15/06) is raised for
                argument.

10:48 a.m.      Argument by Plaintiff (Ms. Harris).

10:51 a.m.      Argument by Defendants (Mr. Bruno).

10:55 a.m.      Argument by Plaintiff (Ms. Harris).

10:58 a.m.      Argument by Defendants (Mr. Bruno).

-1-

Judge Wiley Y. Daniel
03-cv-01841-WYD-PAC - Courtroom Minutes

---

| | |
|---|---|
| 11:00 a.m. | Argument by Plaintiff (Ms. Harris). |
| 11:02 a.m. | Argument by Defendants (Mr. Bruno). |

**ORDERED:** Plaintiff's Motion to Amend Pretrial Order (#169 - 9/15/06) is **GRANTED.**

Defendants' Motion in Limine (#147 - 8/2/06) is raised for argument.

| | |
|---|---|
| 11:07 a.m. | Argument by Defendants (Mr. Bruno). |
| 11:08 a.m. | Argument by Plaintiff (Ms. Harris). |
| 11:08 a.m. | Argument by Defendants (Mr. Bruno). |
| 11:09 a.m. | Argument by Plaintiff (Ms. Harris). |
| 11:09 a.m. | Argument by Defendants (Mr. Bruno). |
| 11:10 a.m. | Argument by Plaintiff (Ms. Harris). |
| 11:11 a.m. | Argument by Defendants (Mr. Bruno). |
| 11:16 a.m. | Argument by Plaintiff (Ms. Harris). |

**ORDERED:** Defendants' Motion in Limine (#147 - 8/2/06) is **GRANTED IN PART, DENIED IN PART, DENIED WITHOUT PREJUDICE IN PART, and DEFERRED IN PART.**

Plaintiff's Motion in Limine (#151 - 8/8/06) is raised for argument.

| | |
|---|---|
| 11:22 a.m. | Argument by Plaintiff (Ms. Harris). |
| 11:25 a.m. | Argument by Defendants (Mr. Bruno). |
| 11:31 a.m. | Argument by Plaintiff (Ms. Harris). |
| 11:33 a.m. | Argument by Defendants (Mr. Bruno). |

**ORDERED:** Plaintiff's Motion in Limine (#151 - 8/8/06) is **GRANTED IN PART and DEFERRED IN PART.**

Judge Wiley Y. Daniel
03-cv-01841-WYD-PAC - Courtroom Minutes

---

| | |
|---|---|
| 11:37 a.m. | Discussion regarding jury instructions, exhibit lists and witness lists. |
| **ORDERED:** | Counsel shall meet and confer regarding jury instructions and submit revised jury instructions by **Wednesday, September 27, 2006.** |
| **ORDERED:** | Revised exhibit lists shall be filed by **Thursday, September 28, 2006.** |
| **ORDERED:** | Parties shall file a joint statement of the case by **Wednesday, September 27, 2006.** |
| 11:43 a.m. | Further discussion regarding efforts to stipulate to jury instructions and other issues for trial. |
| **ORDERED:** | Counsel shall meet and confer to stipulate to as many jury instructions as possible. |
| **ORDERED:** | Plaintiff shall file a stipulation for dismissal of the City of Aurora and a form of order. |
| 11:52 a.m. | Discussion regarding clarification as to the testimony of Bert Sanders. |
| **ORDERED:** | Opening statements shall not exceed **thirty (30) minutes.** |
| 11:55 a.m. | Court outlines procedures for voir dire and jury selection process. |
| **ORDERED:** | Each side will be allowed supplemental voir dire not to exceed **15-20 minutes.** |
| **11:57 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  1:10**