IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   03-cv-01841-WYD-PAC

BERT EDWARD SANDERS,

    Plaintiff,

v.

CITY OF AURORA (CO),
OFFICER CHRISTIAN STACKHOUSE, and
OFFICER ERIC STEWART,

    Defendants.

## ORDER

    This matter having come before the Court on Jacobs Chase Frick Kleinkopf & Kelley, LLC's Motion to Withdraw as Counsel [Docket # 197].  The Court having reviewed the Motion, the file and being full advised, finds that there is just cause for this Motion.  It is hereby

    ORDERED that the Motion to Withdraw is **GRANTED**.  It is

    FURTHER ORDERED that Jacobs Chase Frick Kleinkopf & Kelley, LLC is **WITHDRAWN** as counsel for Plaintiff Bert Edward Sanders.

    Dated:  March 1, 2007

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge